IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD DWAYNE BIBB, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:20-cv-6490 |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | |
| AT&T CORP., *et al.*, | : | Magistrate Judge Kimberly A. Jolson |
| | : | |
| Defendants. | : | |

## ORDER ON REPORT AND RECOMMENDATION

On October 27, 2021, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 10) that the Court dismiss this case under Federal Rule of Civil Procedure 41(b) for failure to prosecute and under 28 U.S.C. § 1915(e) as frivolous. The Report and Recommendation informed the parties of their right to object within fourteen days. It also specifically advised the parties of the rights they would waive by failing to object, including the right to *de novo* review by the District Judge. (ECF No. 10 at 6–7). No objections have been filed, and the deadline lapsed on November 10, 2021.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation. This case is **DISMISSED** for failure to prosecute pursuant to Rule 41(b) and as frivolous under Section 1915(e).

IT IS SO ORDERED.

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**DATED:** December 6, 2021